ORIGINAL

FILED

09/03/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0336

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 23-0336

STATE OF MONTANA,

  Plaintiff and Appellee,

v.                                                    O R D E R

JOSEPH DEAN PAULEY,

  Defendant and Appellant.

---

Appellant Joseph Dean Pauley has appealed from the May 8, 2023 Amended Sentencing Order of the Fifth Judicial District Court, Beaverhead County, in its Cause No. DC-21-4041. On appeal, Pauley argues that the District Court erred when it issued a written judgment that does not conform to its oral pronouncement of sentence, specifically that the court orally ordered Pauley to pay $180 in fees, but the written judgment specifies $250 in fees.

Appellee State of Montana has filed a Notice of Concession. It agrees with Pauley that the court's oral pronouncement controls over the written judgment when a discrepancy arises between the two. *State v. Lane*, 1998 MT 76, ¶¶ 40, 48, 288 Mont. 286, 957 P.2d 9.

Based on Pauley's opening brief and the State's concession, and good cause appearing,

IT IS HEREBY ORDERED that this case is REMANDED to the Fifth Judicial District Court, Beaverhead County, with instructions for the District Court to amend its Judgment to conform with its oral pronouncement, as set forth above.

IT IS FURTHER ORDERED that this appeal is DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that REMITTITUR shall issue IMMEDIATELY UPON REMAND.

FILED

SEP 03 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

The Clerk is directed to provide copies of this Order to all counsel of record and to presiding judge Honorable Luke Berger.

Dated this 3rd day of September, 2024.

_____
Chief Justice

_____

_____

_____

_____
Justices

2